Chiles P. EVANS, Plaintiff—Appellant,

v.

Mark WARNER, Governor of Virginia; Gene Johnson, Director of Virginia Department of Corrections; Helen F. Fahey, Chairman Parole Board; Gail Jones, Chairman of C.C.B., Defendants—Appellees.

No. 05–6634.

United States Court of Appeals, Fourth Circuit.

Submitted July 27, 2005.

Decided Aug. 5, 2005.

Chiles P. Evans, Appellant pro se.

Before KING, GREGORY, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Chiles P. Evans appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Evans v. Warner,* No. CA–05–220–2 (E.D.Va. Apr. 21, 2005). We dispense with oral argument because the

facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*